FILED
September 15, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
 ) Case No. 2:11MJ00288-GGH-6
　　　　Plaintiff, )
v. ) ORDER FOR RELEASE OF
 ) PERSON IN CUSTODY
RYDER PHILLIPS, )
 )
　　　　Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release   RYDER PHILLIPS  , Case No. 2:11MJ00288-GGH-6 , Charge  21USC § 846, 841(a)(1) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　__ Release on Personal Recognizance

　　__ Bail Posted in the Sum of $_____

　　__ Unsecured Appearance Bond

　　__ Appearance Bond with 10% Deposit

　　__ Appearance Bond with Surety

　　__ Corporate Surety Bail Bond

　　✔ (Other)　　 Pretrial conditions as stated on the record. 

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  September 15, 2011  at  2:00 pm  .

By  /s/ Gregory G. Hollows
　　Gregory G. Hollows
　　United States Magistrate Judge

Copy 5 - Court