**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

### FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | |
| ) | **Docket No.:  0972 2:11CR00428-006** |
| **Ryder Dee Phillips** ) | |
| ) | |
| ) | |

On 5/23/2014, the above-named was sentenced to Supervised Release for a period of 3 years. Supervision commenced on May 23, 2014.

The supervisee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision.  It is accordingly recommended that the supervisee be discharged from supervision.

Respectfully submitted,

/s/ Garey R. White
Garey R. White
United States Probation Officer

Dated:   September 29, 2015
            Sacramento, California
            GRW/sg

/s/ Matthew M. Faubert

**REVIEWED BY:**   **George A. Vidales**
                              **Supervising United States Probation Officer**

Rev. 06/2015

**Re:** **Ryder Dee Phillips**
 **Docket No:   0972 2:11CR00428-006**
 **Report and Order Terminating Supervised Release**
 <u>**Prior to Original Expiration Date**</u>

---

## ORDER OF COURT

Pursuant to the above report, it is ordered that Ryder Dee Phillips be discharged from Supervised Release, and that the proceedings in the case be terminated.

Dated:  October 2, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

cc:   AUSA – Richard J. Bender
      FLU Unit – United States Attorney's Office
      Fiscal Clerk - Clerk's Office
      Supervisee - Ryder Dee Phillips